**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6118**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARTHUR T. MOBLEY, a/k/a Terry, a/k/a Go Go
Terry,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, Chief
District Judge.  (CR-96-51, CA-01-134-AM)

---

Submitted:  April 25, 2002          Decided:  May 6, 2002

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Arthur T. Mobley, Appellant Pro Se.  Gerald J. Smagala, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur T. Mobley seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Mobley, Nos. CR-96-51; CA-01-134-AM (E.D. Va. filed July 31, 2001 & entered Aug. 1, 2001; filed Sept. 27, 2001 & entered Sept. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED